# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30095

IN RE: DEEPWATER HORIZON — APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeal from the United States District Court
for the Eastern District of Louisiana

Before DAVIS, GARZA, and DENNIS, Circuit Judges.

W. EUGENE DAVIS, Circuit Judge:

The petition for panel rehearing is denied.  The majority of the panel notes its complete agreement with the reasoning set forth in Judge Southwick's order on petition for panel rehearing in *In re Deepwater Horizon*, No. 13-30315.

Judge Garza dissents from the denial of panel rehearing for the reasons stated in his panel dissent of January 10, 2014, *In re Deepwater Horizon*, 739 F.3d 790, 821-29 (5th Cir. 2014) (Garza, J., dissenting), and the dissent from the court's denial of rehearing en banc.

DENIED.